UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 5, 2015

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MARVIN CARPENTER,** | : | **VIOLATIONS:** |
| **VERNON RUSSELL,** | : | **21 U.S.C. § 846** |
| **RONALD HUNT, and** | : | **(Conspiracy to Distribute and Possess** |
| **DUANE CHAMPION,** | : | **with Intent to Distribute 28 Grams or** |
| | : | **More of Cocaine Base, Cocaine, and** |
| Defendants. | : | **One Hundred Grams or More of Heroin)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| | : | **(Unlawful Distribution of Heroin)** |
| | : | **21 U.S.C. § 841(a)(1) and** |
| | : | **§ 841(b)(1)(B)(iii)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute 28 Grams or More of Cocaine** |
| | : | **Base)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **21 U.S.C. §§ 853(a) and (p)** |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

Beginning in or about the summer of 2015 and continuing up to and including November 1, 2016, within the District of Columbia and elsewhere, **MARVIN CARPENTER**, **VERNON RUSSELL**, **RONALD HUNT**, and **DUANE CHAMPION**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said

mixture and substance was 28 grams or more; a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; and a mixture and substance containing a detectable amount of heroin, a Schedule I, narcotic drug controlled substance, and the amount of said mixture and substance was one hundred grams or more, in violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(B)(iii); 841(b)(1)(C) and 841(b)(1)(B)(i).

(**Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of Cocaine Base, Cocaine, and One Hundred Grams or More of Heroin**, in violation of Title 21, United States Code, Section 846)

Quantity of Cocaine, Cocaine Base, and Heroin Involved in the Conspiracy:

With respect to defendant **MARVIN CARPENTER**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved one hundred grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(B)(i) and 841(b)(1)(C).

Quantity of Cocaine, Cocaine Base, and Heroin Involved in the Conspiracy:

With respect to defendant **VERNON RUSSELL**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved one hundred grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

Quantity of Cocaine, Cocaine Base, and Heroin Involved in the Conspiracy:

With respect to defendant **RONALD HUNT**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a detectable amount of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(C) and 841(b)(1)(B)(iii).

Quantity of Cocaine, Cocaine Base, and Heroin Involved in the Conspiracy:

With respect to defendant **DUANE CHAMPION** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a detectable amount of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about September 11, 2015, within the District of Columbia, **VERNON RUSSELL** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about October 26, 2015, within the District of Columbia, **VERNON RUSSELL** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug control substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about December 11, 2015, within the District of Columbia, **VERNON RUSSELL** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug control substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FIVE

On or about July 8, 2016, within the District of Columbia, **RONALD HUNT**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

(**Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Counts One, Two, Three, and Four, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.